IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

FLOYD HOWARD

*Defendant.*

Criminal Action
No. 20-CR-517 (SB)

**ORDER**

I **EXTEND** the Defendant's surrender date to October 31, 2025. Mr. Howard should expect to report to prison then.

Dated: September 11, 2025

_____
UNITED STATES CIRCUIT JUDGE